Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **JUDGE WOOD** | Sitting Judge if Other than Assigned Judge | **MAGISTRATE JUDGE COX** |
|---|---|---|---|
| **CASE NUMBER** | 15-GJ-171 | **DATE** | DECEMBER 08, 2016 |
| **CASE TITLE** | U.S. v. MICHAEL PERSAUD | | **16CR 793** |

UNDER SEAL

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for SPECIAL AUGUST 2015 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

---

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18 UNITED STATES CODE, SECTION 3142.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INDICTMENT IS TO REMAIN SEALED UNTIL THE DEFENDANT IS ARRESTED OR BY FURTHER ORDER OF THE COURT.

**FILED**

DEC 08 2016 TW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                              UNDER SEAL)

Courtroom Deputy Initials: nP

B.W. Issued
12-9-16 UM