**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16-cr-00793-1 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| MICHAEL PERSAUD | ) | |
| | ) | |
| | ) | |

**ORDER**

    By request and agreement of the parties, the status hearing set for 2/21/2017 is stricken and reset for 3/8/2017 at 10:00 AM. Time will be excluded through and including 3/8/2017 in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pre-trial preparation, and for continuity of counsel.

XT

Dated: February 16, 2017

                                                        Andrea R. Wood
                                                        United States District Judge