IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America<br>　　　Plaintiff(s) | ) ) ) ) | 16 CR 793 |
| v. | ) ) ) ) | Magistrate Judge Susan E. Cox |
| Michael Persuad<br>　　　Defendant(s) | ) ) ) | |

**ORDER**

All matters relating to the referral of this action are resolved; case returned to the assigned judge. Referral terminated.

Date: 2/27/2017

_____

U.S. Magistrate Judge, Susan E. Cox