IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 16-cr-00793-1 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| MICHAEL PERSAUD | ) | |

## ORDER

Status hearing held. For the reasons stated on the record, Defendant Persaud's presence at the next status hearing is waived. Status hearing set for 5/11/2017at 9:30 AM. On the Government's oral motion and without objection, time will be excluded through and including 5/11/2017 in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pre-trial preparation, including consideration of pre-trial motions.

XT

(0:07)

Dated: March 8, 2017

Andrea R. Wood
United States District Judge