UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL PERSAUD | No. 16 CR 793<br><br>Judge Andrea R. Wood |

**MOTION FOR ENTRY OF UNOPPOSED**
**PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), the United States of America, by JOEL R. LEVIN, Acting United States Attorney for the Northern District of Illinois, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1. The indictment in this case charges defendant with wire fraud, in violation of Title 18, United States Code, Section 1343..

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendant, who does not oppose the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

                                             Respectfully submitted,

                                             JOEL R. LEVIN
                                             Acting United States Attorney

                         By:     /s/ *Shoba Pillay*
                                             SHOBA PILLAY
                                             Assistant U.S. Attorney
                                             219 South Dearborn St., Rm. 500
                                             Chicago, Illinois 60604
                                             (312) 886-7631

Dated: May 8, 2017