# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16-cr-00793-(1) |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| MICHAEL PERSAUD | ) | |
| | ) | |
| | ) | |

## ORDER

    Status hearing held. Pursuant to the discussion held in open court and the reasons stated on the record, Government's oral motion to modify Defendant Persaud's conditions of release is taken under advisement. Defendant should continue to comply with the previously-ordered conditions of release until he receives notice that his request to modify the conditions has been granted. Status hearing set for 7/20/2017 at 10:15 AM. Defendant Persaud's presence at the next status hearing is waived. On the Government's oral motion and without objection, time will be excluded through and including 7/20/2017 in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pre-trial preparation, including consideration of pre-trial motions.

XT

(0:25)

Dated: May 11, 2017

                                                          Andrea R. Wood
                                                          United States District Judge