**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 16-cr-00793-1 |
| v. ) | |
| ) | Judge Andrea R. Wood |
| MICHAEL PERSAUD ) | |
| ) | |
| ) | |

## ORDER

    Status hearing held. Pursuant to the discussion held in open court, the status hearing is continued to 9/21/2017 at 9:30 AM. Defendant Persaud's presence at the next status hearing is waived. On the Government's oral motion and without objection, time will be excluded through and including 9/21/2017 in the interest of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pre-trial preparation, including consideration of pre-trial motions.

XT

(0:08)

Dated: July 20, 2017

                                                         Andrea R. Wood
                                                         United States District Judge