**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16-cr-00793-1 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| MICHAEL PERSAUD | ) | |
| | ) | |
| | ) | |

## ORDER

     Status hearing held. Defendant's oral motion for early return of trial subpoenas is granted on a reciprocal basis. Status hearing is continued to 10/31/2017 at 9:30 AM. Defendant Persaud's presence at the next status hearing is waived. On the Government's oral motion and without objection, time will be excluded through and including 10/31/2017 in the interest of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pre-trial preparation, including consideration of pre-trial motions.

XT

(0:05)

Dated: September 21, 2017

                                                      Andrea R. Wood
                                                      United States District Judge