# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | Case No. 16 CR 793 |
| ) | |
| MICHAEL PERSAUD, ) | Judge Wood |
| ) | |
| Defendant ) | |

## NOTICE OF FILING

**To:** ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on April 18, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Judge Wood or whomever shall be sitting in her stead in room 1925 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, I will then and there present the attached Motion for Substitution, a copy of which is attached hereto and herewith served upon you.

/s/Sami Azhari
Sami Azhari

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2018, I filed the foregoing Motion for Substitution using CM/ECF system, which will send notification of such filing in compliance with Local Rule 5.2(a) to all counsel of record.

/s/Sami Azhari
Sami Azhari

Azhari LLC
30 N. La Salle Street
Suite 2140
Chicago, IL 60602
Ph: (312)626-2871
Fax: (312) 626-2872
Email: sazhari@azharillc.com