**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16-cr-00793-1 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| MICHAEL PERSAUD | ) | |
| | ) | |
| | ) | |

**ORDER**

    Motion and Status hearing held. As stated on the record, Defendant's reply to motion to dismiss [43] shall be filed by 4/25/2018. Defendant's motion to modify conditions of release [45] is granted without objection as follows. Defendant's conditions of release [15] are modified to permit Defendant to travel to and from his home in Arizona to visit family in San Diego, California, Tampa, Florida, and Miami, Florida. The Defendant is required to provide the details of his planned travel to Pretrial Services at least 48 hours before traveling and to notify Pretrial Services no later than 24 hours after his return. All other conditions of bond remain in place. Status hearing set for 6/14/2018 at 9:30 AM. On the Government's oral motion and without objection, time will be excluded through and including 6/14/2018 in the interest of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pre-trial preparation, including consideration of pre-trial motions.

(0:10)

XT

Dated: April 18, 2018

                                                             Andrea R. Wood
                                                             United States District Judge