**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

USA

,

Plaintiff(s),

v.

Michael Persaud,

Defendant(s).

Case No.  16 CR 793-1
Judge  Andrea Wood

## ORDER

Status hearing held on 6/14/18 and continued to 8/2/18 at 10:00 a.m. Defendant's conditions of release 15 are modified to permit Defendant to travel to and from his home in Arizona to visit family in San Diego, California, Tampa, Florida, Miami, Florida, and Denver, Colorado. The Defendant is required to provide the details of his planned travel to Pretrial Services at least 48 hours before traveling and to notify Pretrial Services no later than 24 hours after his return. All other conditions of bond remain in place. Time is excluded pursuant to 18 U.S.C. 3161(h)(7)(A)(B) and 18:3161(h)(7)(B)(ii) to and including 8/2/18. (X-T)

T: 20


Date:  6/14/2018

/s/ Andrea R. Wood
United States District Court Judge