## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                                Case No.: 1:16–cr–00793
                                                Honorable Andrea R. Wood

Michael Persaud

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 13, 2018:

      MINUTE entry before the Honorable Andrea R. Wood as to Michael Persaud: The parties informed the Court that the case is ready to be set for trial. Accordingly, final pretrial conference set for 8/12/2019 at 1:30 p.m. and jury trial set for 8/26/2019 at 9:00 AM. The parties are advised that Judge Wood's courtroom is equipped with an integrated electronic evidence presentation system. Parties will no longer be permitted to bring their own projection or audio–visual equipment to display evidence electronically during trial. Any party desiring to use the Court's electronic evidence presentation system must confirm by e–mailing Judge Wood's courtroom deputy that the person who will be operating the equipment either (1) has participated in a training session with the Systems Department, or (2) does not require training because they have used the system for a trial in this courthouse previously. Parties may arrange for training by contacting the Systems Department at (312) 435–5555. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.