**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 16-cr-00793-1 |
| v. ) | |
| ) | Judge Andrea R. Wood |
| MICHAEL PERSAUD ) | |
| ) | |
| ) | |

### ORDER

     Status hearing held. Pursuant to the discussion held in open court, Defendant Persaud shall appear by phone or in-person at the next status hearing. Status hearing continued to 10/10/2018 at 10:45 AM. On the Government's oral motion and without objection, time will be excluded through and including 10/10/2018 due to the pending pretrial motion and in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pre-trial preparation.

XT

(0:10)

Dated: August 2, 2018

                                                   Andrea R. Wood
                                                   United States District Judge