UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL PERSAUD | No. 16 CR 793<br><br>Judge Andrea R. Wood |

## NOTICE OF MOTION

To:

| | |
|---|---|
| Sami Azhari<br>Azhari, LLC<br>30 North LaSalle Street, Suite 2140<br>Chicago, Illinois 60602<br>sazhari@azharillc.com | Michael Leonard<br>Leonard Law Offices, Inc.<br>203 N. LaSalle Street, Suite 1620<br>Chicago, Illinois 60601<br>mleonard@leonardlawoffices.com |

Please take notice that on November 8, 2018, at 2:00 p.m., we shall appear before the Honorable Andrea R. Wood, and shall then and there present the government's Motion to Revoke Bond.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Shoba Pillay*
SHOBA PILLAY
RICHARD M. ROTHBLATT
Assistant United States Attorneys
219 South Dearborn Street, Room 500
Chicago, Illinois 60604
(312) 353-5300

Dated: November 6, 2018