IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16-cr-00793-1 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| MICHAEL PERSAUD | ) | |
| | ) | |
| | ) | |

### ORDER

    Motion and Status hearing held. Pursuant to the discussion held in open court and for the reasons stated on the record, Government's motion to revoke bond [56] is voluntarily withdrawn. The Court requests that Defendants' supervising pretrial service officer, as well as his proposed third-party custodian, appear by telephone for the next status hearing. Defendant is granted leave to appear by telephone at the status hearing. Status hearing continued to 11/29/2018 at 2:00 PM.

(1:00)

Dated: November 8, 2018

                                                  Andrea R. Wood
                                                  United States District Judge