IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 16-cr-00793(1) |
| v. ) | |
| ) | Judge Andrea R. Wood |
| MICHAEL PERSAUD ) | |
| ) | |
| ) | |
| ) | |

**ORDER**

Status hearing held. As stated on the record, the Government shall deliver copies of its witness list, exhibit list, and expert disclosures to Defendant by 7/8/2019. The parties' joint pretrial statement and motions in limine shall be filed by 7/22/2019; responses to motions in limine shall be filed by 8/15/2019. Final pretrial conference set for 8/12/2019 at 1:30 p.m. and jury trial set for 8/26/2019 at 9:00 a.m. [53] remain firm. The Government shall be responsible for preparing the initial draft of the joint pretrial statement for review and input by the Defendant. The statement shall contain the following: a proposed statement of the case to be read to prospective jurors, any changes or special provisions for number or allocation among multiple defendants of peremptory strikes, joint proposed jury instructions and verdict form, proposed voir dire questions, a statement of whether the parties agree to make use of the Jury Evidence Recording System (JERS) to permit the jurors to access documents admitted into evidence electronically, and a list of any stipulations or uncontested facts upon which the parties agree. The parties shall also submit a Word version of their proposed jury instructions, verdict forms, and voir dire questions to the Court's Proposed Order e-mailbox at Proposed_Order_Wood@ilnd.uscourts.gov. Status hearing set for 6/25/2019 at 9:30 AM. On the Government's oral motion, time will be excluded through and including 8/26/2019 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pretrial preparation. XT

(0:07)

Dated: March 26, 2019

_____
Andrea R. Wood
United States District Judge