AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| 16 CR793 | 4/9/2019 9:35 AM CST | JOSH COOH CTO, MAILGUN TECH, INC. JOSH@MAILGUN.COM |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

(1) - CRUZER GLIDE 16 GB FLASH DRIVE
S/N: BL190226189B

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/24/2019

_Executing officer's signature_

MICHAEL C DEVINE    FBI SA
_Printed name and title_