## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                          Case No.: 1:16–cr–00793

                                          Honorable Andrea R. Wood

Michael Persaud

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2019:

      MINUTE entry before the Honorable Andrea R. Wood as to Michael Persaud: Status hearing held. The Government's request for a short extension to deliver copies of its witness list, exhibit list, and expert disclosures to Defendant is granted. The government shall deliver copies of its witness list, exhibit list, and expert disclosures to Defendant by 7/10/19. Defendant shall provide the Government with expert disclosures by 7/24/2019. Any motions directed toward the expert testimony due by 7/31/2019. The Government's oral motion to unseal the search warrant entered at docket [65] is granted. The Clerk is directed to unseal docket entry [65]. All remaining dates set forth in the Court's 3/26/2019 Order [61] stand. Defendant's presence has been waived for this and prior hearings but defendant is ordered to be present at the 8/12/2019 at 1:30 p.m. final pretrial conference. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.