# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:16−cr−00793
Honorable Andrea R. Wood

Michael Persaud

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 10, 2019:

    MINUTE entry before the Honorable Andrea R. Wood as to Michael Persaud: Status hearing held. Pursuant to the discussion held in open court and for the reasons stated on the record, the parties' joint oral motion to continue trial date is granted. All previously−set pretrial deadline and hearing dates [61][68] are stricken. Final pretrial conference set for 8/12/2019 is stricken. Jury trial set for 8/26/2019 is stricken and reset for 2/10/2020 at 9:00 AM. Status hearing set for 8/27/2019 at 10:15 AM. Defendant Persaud's presence at the next status hearing is waived. On the Government's oral motion, time will be excluded through and including 8/27/2019 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pretrial preparation. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.