**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                                Case No.: 1:16−cr−00793
                                                Honorable Andrea R. Wood

Michael Persaud

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 27, 2019:

      MINUTE entry before the Honorable Andrea R. Wood as to Michael Persaud: Status hearing held. The Government's expert disclosures are due by 12/9/2019. The Government shall deliver copies of its witness and exhibit lists to Defendant by 12/9/2019. Defendant's expert disclosures shall be made by 12/16/2019. Defendant shall deliver copies of its witness and exhibit lists to the Government by 12/16/2019. The parties shall file any Daubert motions and/or other challenges to the experts by 12/20/2019. The parties' joint pretrial statement and motions in limine shall be filed by 12/20/2019; responses to motions in limine shall be filed by 1/13/2020. Final pretrial conference set for 1/27/2020 at 1:30 PM. The Government shall be responsible for preparing the initial draft of the joint pretrial statement for review and input by the Defendant. The statement shall contain the following: a proposed statement of the case to be read to prospective jurors, any changes or special provisions for number or allocation among multiple defendants of peremptory strikes, joint proposed jury instructions and verdict form, proposed voir dire questions, a statement of whether the parties agree to make use of the Jury Evidence Recording System (JERS) to permit the jurors to access documents admitted into evidence electronically in the jury room, and a list of any stipulations or uncontested facts upon which the parties agree. The parties shall also submit a Word version of their proposed jury instructions, verdict forms, and voir dire questions to the Court's Proposed Order e−mailbox at Proposed_Order_Wood@ilnd.uscourts.gov. Status hearing set for 11/21/2019 at 9:30 AM. Jury trial set for 2/10/2020 [70] remains firm. On the Government's motion and without objection, time will be excluded through and including 2/10/2020 in the interest justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pre−trial preparation. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.