# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                                          Case No.: 1:16–cr–00793
                                                              Honorable Andrea R. Wood

Michael Persaud

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 10, 2020:

      MINUTE entry before the Honorable Andrea R. Wood as to Michael Persaud: By request and agreement of the parties, the jury trial set for 2/10/2020 is stricken and reset for 9/14/2020 at 09:00 AM. Pretrial Conference set for 1/27/2020 is stricken and reset for 9/3/2020 at 01:30 PM. The parties' joint pretrial statement and motions in limine shall be filed by 8/7/2020; responses to motions in limine shall be filed by 8/21/2020. The Government shall be responsible for preparing the initial draft of the joint pretrial statement for review and input by the Defendant. The statement shall contain the following: a proposed statement of the case to be read to prospective jurors, any changes or special provisions for number or allocation among multiple defendants of peremptory strikes, joint proposed jury instructions and verdict form, proposed voir dire questions, a statement of whether the parties agree to make use of the Jury Evidence Recording System (JERS) to permit the jurors to access documents admitted into evidence electronically in the jury room, and a list of any stipulations or uncontested facts upon which the parties agree. The parties shall also submit a Word version of their proposed jury instructions, verdict forms, and voir dire questions to the Court's Proposed Order e–mailbox at Proposed_Order_Wood@ilnd.uscourts.gov. Other dates, as necessary, to be set at the next status hearing. Status hearing set for 1/27/2020 at 01:30 PM. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.