# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Michael Persaud

                Defendant.

Case No.: 1:16–cr–00793
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 27, 2020:

      MINUTE entry before the Honorable Andrea R. Wood as to Michael Persaud: Status hearing held. Defendant's expert disclosures shall be made by 7/17/2020. The parties shall file any Daubert motions and/or other challenges to the experts by 7/31/2020. Status hearing set for 6/9/2020 at 09:30 AM. Defendant Persaud's presence at the next status hearing is waived. On the Government's motion and without objection, time will be excluded through and including 9/14/2020 in the interest justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pre–trial preparation. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.