UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

v.

MICHAEL PERSAUD

Case No. 16 CR 793

Judge Andrea Wood

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendant MICHAEL PERSAUD, by his attorneys Sami Z. Azhari and Michael I. Leonard, hereby respectfully submit the following status report as directed by the Court (Dkt. No. 81).

### A.     Summary of Current Status and Trial Date

1.      Since the parties were last before the Court on January 27, 2020, the parties continue to prepare for trial, which is set to begin on September 14, 2020.

2.      However, in light of the current circumstances relevant to the COVID-19 pandemic, and the fact that defendant is not in custody and resides outside of Illinois, the parties have no objection to continuing the trial until a date amenable by the Court, and the parties schedules.

### B.     Speedy Trial Act

3.      Defendant has no objection to the exclusion of time under the Speedy Trial Act between June 9, 2020, and the next status date, in the interest of justice due to the complex nature of the case, the significant volume of discovery, pursuant to Title 18, United States Code, Section 3161(h)(7).

Dated: June 5, 2020

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:    */s/ Shoba Pillay*
SHOBA PILLAY
DEVLIN SU
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

*/s/ Sami Azhari*
Sami Z. Azhari
Michael I. Leonard
*Attorneys for Defendant*

2