# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                      Case No.: 1:16–cr–00793
                                                            Honorable Andrea R. Wood

Michael Persaud

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 18, 2020:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 11/18/2020. Defendant will supplement his Daubert motion with the Government's expert disclosure. The Government will respond to the motion by 12/18/2020. The Defendant shall file a reply by 12/23/2020. The status hearing set for 12/15/2020 remains firm. The courtroom deputy will reach out with proposed alternate dates for a jury trial in 2021. Mailed notice (dal, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.