# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                         Case No.: 1:16–cr–00793
                                                              Honorable Andrea R. Wood

Michael Persaud

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 8, 2021:

    MINUTE entry before the Honorable Andrea R. Wood as to Michael Persaud: At the agreed email request of the parties, the Court extends the briefing schedule for motions in limine as follows: The parties shall file any motions in limine by 1/22/2021. The parties shall file responses to motions in limine by 2/5/2021. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.