# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                            Case No.: 1:16−cr−00793
                                                             Honorable Andrea R. Wood

Michael Persaud

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 25, 2021:

      MINUTE entry before the Honorable Andrea R. Wood as to Michael Persaud: At the request of the parties, the Court sets the following briefing schedule on Defendant Michael Persaud's motion to dismiss indictment: The Government shall file a response by 4/30/2021. Defendant shall file a reply by 5/14/2021. The Court confirms that the matter remains set for a Jury Trial on 7/6/2021. The Government is directed to advise the Court immediately if the anticipated change in the assigned Assistant United States Attorney is likely to result in a request for a continuance of any trial−related dates. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.