# EXHIBIT A



Google Inc.  
1600 Amphitheatre Parkway  
Mountain View, California 94043

USLawEnforcement@google.com  
www.google.com

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am employed by Google Inc. ("Google"), located in Mountain View, California. I am authorized to submit this affidavit on behalf of Google. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      Google provides Internet-based services.

3.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *MICHAELP77X,* with Google Ref. No. 705166 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant via the Law Enforcement Request System.

4.      The file(s) attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5.       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____  
(Signature of Records Custodian)

Date: May 3, 2016

   Walter Rodriguez  
(Name of Records Custodian)



Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 705166)**

michaelp77x.AccountInfo.txt:

MD5- ec168f98c74a934aaaf6392ede11fef4
SHA512- 742d523d3303ab568906cfd4b09eab9a5b9f995ab0dc3972ec9e674be4812b414bbb7187b45d0eea9e904d74a2c12cea4b25423d8febb62238b2809e551ea05d

michaelp77x@gmail.com.Gmail.Content.mbox:

MD5- cc69ba9decf342996000882577fefde2
SHA512- f114ae265f27f82ae76121afcc538ff76624818ac08228dbd5231c23a388e080ee500d3942b6f99e8e9321efa158fa6ac081825291f0f62499c9d609a5a57c6e



Google Inc.  
1600 Amphitheatre Parkway  
Mountain View, California 94043

USLawEnforcement@google.com  
www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.    I am employed by Google Inc. ("Google"), located in Mountain View, California. I am authorized to submit this affidavit on behalf of Google. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.    Google provides Internet-based services.

3.    Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *MICHAELP77X, MIKEPRESCOTT4, TPORRATA76, MIKEPRESCOTT5555, DOMAINSERVICE45, MIKEPRESCOTT7777, DOMAINSERVICE56, MIKEPRESCOTT6666, ANASTENKA35, DOMAINSERVICE55, DOMAINSERVICE58, POWERMEDIALLC12, SDJEFFBAKER, SEXTRYSCHNOZZ, ADROISALES, HEADLOADPRIMERS, SEXTRYSCHNOZZ2, MYINSIDEROFFERS*, with Google Ref. No. 876371 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Grand Jury Subpoena via the Law Enforcement Request System.

4.    The file(s) attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

___/s_Maggie LaPoint_____       Date: December 22, 2016  
(Signature of Records Custodian)

    Maggie LaPoint  
(Name of Records Custodian)

FBI_004-000030-4

BUSINESS RECORD CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Joann Chang, hereby declare:

1. I am employed by Apple Inc. and that my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California. As such I have the authority to certify these records, APL000001_APPLE CONFIDENTIAL- APL000003_APPLE CONFIDENTIAL produced July 12, 2016 in response to a search warrant served on Apple on June 6, 2016. I am authorized to submit this declaration on behalf of Apple.

2. Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3. These records were made at or near the time of the occurrence of the matters set forth in the records;

4. These records were kept in the course of the regularly conducted activity; and,

5. These records were made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct

DATED: July 12, 2016                    **APPLE INC.**

By: _____
Name: Joann Chang
Title: Legal Specialist, Apple Inc.

## AFFIDAVIT

### Case No. : 15 GJ 171

Donna A Craig, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3. I am a custodian of records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Indianapolis, Indiana.
4. Based on my knowledge of JPMorgan Chase Bank, N.A.'s business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A.'s business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 10-27-16

By: *Donna A Craig*

Donna A Craig
Doc Review Sr Specialist I
NATIONAL SUBPOENA PROCESSING

Sworn to before me this 27th day of October, 2016.

*Brandi Henderson*
Notary Public

OFFICIAL SEAL
BRANDI HENDERSON
NOTARY PUBLIC - INDIANA
MARION COUNTY
My Comm. Expires 02/23/2018

2/23/18
Commission Expires

SD_SwornDocumentExecution_000077210151
SB755883-F2

## AFFIDAVIT

### Case No. : 15 GJ 171

Shonnan Coles, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3. I am a custodian of records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Indianapolis, Indiana.
4. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 4/13/15

By: _Shonnan Coles_

Shonnan Coles
Document Review Specialist
NATIONAL SUBPOENA PROCESSING

Sworn to before me this 13th day of April, 2015.

Notary Public

Commission Expires 2/23/18

OFFICIAL SEAL
BRANDI HENDERSON
NOTARY PUBLIC - INDIANA
MARION COUNTY
My Comm. Expires 02/23/2018

SD_SwornDocumentExecution_000010340099
SB632053-F1

FBI_007-000836-2

**DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY**

I, _Sharon Stroud_, am employed by
(name)

__CITIBANK, N.A.__
(name of entity)

My official title is _Legal Support Specialist_. As part of my duties as a
(title)

_Legal Support Specialist_, I am familiar with the records that __CITIBANK, N.A.__
(title) (name of entity)

keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by __CITIBANK, N.A.__ in the ordinary course of its
(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of __CITIBANK, N.A.__:
(name of entity)

*List documents*

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_Sharon Stroud_
Signature

Executed on this _28_ day of _July_, _2016_.
(day) (month) (year)

at _Sioux Falls_, _SD_
(city) (state)