UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16 CR 793 |
| v. | ) | |
| | ) | |
| MICHAEL PERSAUD | ) | JUDGE ANDREA R. WOODS |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: *s/Sheri H. Mecklenburg*
SHERI H. MECKLENBURG
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6030

1

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the

## ATTORNEY DESIGNATION

was served on March 18, 2021, in accordance with Fed. R. Crim.P.49, Fed R. Civ.P.5,LR5.5, and the General Order on Electronic Case filing (ECF), pursuant to the district court's system as to ECF filers.

                         By: *s/Sheri H. Mecklenburg*
                              SHERI H. MECKLENBURG
                              Assistant United States Attorney
                              219 South Dearborn Street
                              Chicago, Illinois 60604
                              (312) 469-6030