UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16 CR 793 |
| v. | ) | |
| | ) | Honorable Andrea Wood |
| MICHAEL PERSAUD | ) | |

**MOTION TO DEFER PROSECUTION
PURSUANT TO THE TERMS OF
<u>THE AGREEMENT TO DEFER PROSECUTION</u>**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves to defer prosecution of this matter pursuant to the terms of the attached Agreement to Defer Prosecution, and to have the Agreement to Defer Prosecution entered on the docket of the Court.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: <u>/s/ *Sheri H Mecklenburg*</u>
SHERI H. MECKLENBURG
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 469-6030