UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL PERSAUD

Case No. 16 CR 793

Judge Andrea R. Wood

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 25, 2021, at 11:00 **a**.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Andrea R. Wood, in the courtroom usually occupied by him in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her stead, and present the following motion in the above-captioned case: **MOTION TO DEFER PROSECUTION PURSUANT TO THE TERMS OF THE AGREEMENT TO DEFER PROSECUTION.**

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:    */s/ Sheri H. Mecklenburg*
SHERI H. MECKLENBURG
Assistant United States Attorneys
219 South Dearborn Street, Room 500
Chicago, Illinois 60604
(312) 469-6030