UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16 CR 793 |
| v. | ) | |
| | ) | Honorable Andrea Wood |
| MICHAEL PERSAUD | ) | |

**GOVERNMENT'S MOTION FOR ORDER OF RESTITUTION**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby moves for the Court to enter the order of restitution submitted as Exhibit A. In support of this motion, the government states as follows:

On June 25, 2021, the parties filed a Deferred Prosecution Agreement (DPA") (Docket 115), which provided that if the defendant met certain conditions over the following 12-month period, the government would dismiss the charges.

The DPA provides on page 2 for defendant to pay $1800 in restitution.

For the Clerk of the Court to collect and disburse the restitution, it is necessary for the Court to enter the Order attached hereto as Exhibit A. The government also submitted this has been submitted to the Court's Proposed Orders intake email.

WHEREFORE, the government respectfully requests that this Court enter the Order attached hereto as Exhibit A.

                Respectfully submitted,

                JOHN R. LAUSCH, JR.
                United States Attorney

By:   /s/ *Sheri H Mecklenburg*
       SHERI H. MECKLENBURG
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 469-6030