PS 4
(03/06)

# PRETRIAL DIVERSION AGREEMENT

IN THE UNITED STATES DISTRICT COURT

Northern District of Illinois

IN RE _____  File No. _____
(Name of Divertee)

*(Or, if case filed)*

UNITED STATES OF AMERICA                 Case No.  16 CR 793

V.

Michael Persaud
Defendant

The court has been advised that  Michael Persaud  has entered into a pretrial
(Divertee/Defendant)

diversion agreement dated  06/25/2021 , with the United States Attorney's office. A copy of the agreement is attached to this order and is incorporated by reference.

The pretrial diversion agreement includes a condition that requires  Michael Persaud
(Divertee/Defendant)

to make restitution in the amount of $  1,280.00  to  SharkTech, Inc. c/o Tim Timwari
(Address(es))

8560 S Eastern Ave Suite 210, Las Vegas, NV 89123
(Address(es))

It is ORDERED that the clerk of the court accept and receive restitution payments from

Michael Persaud                   and disburse them to  SharkTech, Inc. c/o Tim Timwari
(Divertee/Defendant)                                                 (Address(es))

8560 S Eastern Ave Suite 210, Las Vegas, NV 89123
(Address(es))

in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received and disbursed for criminal judgments.

Hon. Andrea Wood                                     *[signature]*
Name and Title of Judge                              Signature of Judge

                                                     07/30/2021
                                                     Date