UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16 CR 793 |
| v. | ) | |
| | ) | Honorable Andrea Wood |
| MICHAEL PERSAUD | ) | |

**GOVERNMENT'S SECOND MOTION FOR ORDER OF RESTITUTION**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby moves for the Court to enter the orders of restitution submitted as Restitution No. 2 through Restitution No. 7. In support of this motion, the government states as follows:

On June 25, 2021, the parties filed a Deferred Prosecution Agreement (DPA") (Docket 115), which provided that if the defendant met certain conditions over the following 12-month period, the government would dismiss the charges.

The DPA provides on page 2 for defendant to pay $1800 in restitution. On July 30, 2021, the Court granted the Government's First Motion for Restitution, providing $1,280 to Victim Sharktech. The government now moves to distribute the remaining restitution among the other six victims.

For the Clerk of the Court to collect and disburse the restitution to these six victims, it is necessary for the Court to enter the Orders attached hereto as Exhibits Restitution No. 2 through Restitution No. 7. The government also submitted the orders to the Court's Proposed Orders intake email.

WHEREFORE, the government respectfully requests that this Court enter the Order attached hereto as Restitution No. 2 through Restitution No. 7.

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

By:   /s/ *Sheri H Mecklenburg*
    SHERI H. MECKLENBURG
    Assistant U.S. Attorney
    219 South Dearborn St., Rm. 500
    Chicago, Illinois 60604
    (312) 469-6030