✎ PS 4
(03/06)

# PRETRIAL DIVERSION AGREEMENT

IN THE UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

IN RE _____     File No. _____
            (Name of Divertee)

*(Or, if case filed)*

UNITED STATES OF AMERICA                  Case No. _____

V.

_____
          Defendant

The court has been advised that _____ has entered into a pretrial
                                         (Divertee/Defendant)

diversion agreement dated _____, with the United States Attorney's office. A copy of the

agreement is attached to this order and is incorporated by reference.

The pretrial diversion agreement includes a condition that requires _____
                                                                            (Divertee/Defendant)

to make restitution in the amount of $ _____ to _____
                                                                      (Address(es))

_____
          (Address(es))

It is ORDERED that the clerk of the court accept and receive restitution payments from

_____ and disburse them to _____
       (Divertee/Defendant)                                                      (Address(es))

_____
          (Address(es))

in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received
and disbursed for criminal judgments.

                                                            *[signature]*

_____                    _____
Name and Title of Judge                                   Signature of Judge

                                                            _____
                                                                      Date