✎ PS 4
(03/06)

# PRETRIAL DIVERSION AGREEMENT

IN THE UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

IN RE _____   File No. _____
         (Name of Divertee)

*(Or, if case filed)*

UNITED STATES OF AMERICA     Case No. _____

V.

_____
         Defendant

The court has been advised that _____ has entered into a pretrial
                                         (Divertee/Defendant)

diversion agreement dated _____, with the United States Attorney's office. A copy of the agreement is attached to this order and is incorporated by reference.

The pretrial diversion agreement includes a condition that requires _____
                                                                           (Divertee/Defendant)
to make restitution in the amount of $_____ to _____
                                                                   (Address(es))

_____
                          (Address(es))

It is ORDERED that the clerk of the court accept and receive restitution payments from

_____ and disburse them to _____
      (Divertee/Defendant)                                              (Address(es))

_____
         (Address(es))

in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received and disbursed for criminal judgments.

                                                        *[signature: Andrew]*

_____           _____
   Name and Title of Judge                              Signature of Judge

                                                   _____
                                                                Date