✎ PS 4
(03/06)

# PRETRIAL DIVERSION AGREEMENT

IN THE UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

IN RE _____       File No. _____
         (Name of Divertee)

*(Or, if case filed)*

UNITED STATES OF AMERICA       Case No. _____

V.

_____
Defendant

The court has been advised that _____ has entered into a pretrial
                                          (Divertee/Defendant)

diversion agreement dated _____, with the United States Attorney's office. A copy of the

agreement is attached to this order and is incorporated by reference.

The pretrial diversion agreement includes a condition that requires _____
                                                                            (Divertee/Defendant)

to make restitution in the amount of $ _____ to _____
                                                              (Address(es))

_____
(Address(es))

It is ORDERED that the clerk of the court accept and receive restitution payments from

_____ and disburse them to _____
     (Divertee/Defendant)                                                (Address(es))

_____
(Address(es))

in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received
and disbursed for criminal judgments.

*[signature: Andrea Wood]*

_____       _____
Name and Title of Judge                                    Signature of Judge

                                                           _____
                                                           Date